# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Local Union 98, Office and
Professional Employees Int'l
Union,
    Plaintiff

v.                                        Case No. C-1-00-879

Kroger Company,
    Defendant

## ORDER

      The parties are **ORDERED** to file a Joint Status Report in this action no later than October 14, 2003.

September 29, 2003                 /s Sandra S. Beckwith
Date                                     Sandra S. Beckwith
                                            United States District Judge