IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
FOR THE WESTERN DIVISION

| | | |
|---|---|---|
| OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AMALGAMATED LOCAL 98, AFL-CIO, CLC | ) ) ) ) | CASE NO. C-1-00-879 |
| Plaintiff, | ) | Judge Beckwith |
| v. | ) ) | |
| | ) | **JOINT STATUS REPORT** |
| THE KROGER CO. | ) ) | |
| Defendant. | ) | |

    This is a joint status report filed by the parties pursuant to the Court's Order. The parties in this matter will submit additional evidence and briefs to Arbitrator Frank Keenan on October 24, 2003, concerning one remaining unresolved issue. Once this issue has been decided by the Arbitrator, this case can be concluded.

    Accordingly, the parties respectfully request that the Court continue to stay the proceedings in this matter until the arbitration proceeding has been completed.

    Respectfully submitted,

| | |
|---|---|
| s/ Kenneth J. Koenig (via tele. authorization) | s/ Gary L. Greenberg |
| Kenneth J. Koenig (0003414) | Gary L. Greenberg (002310) |
| 4400 Carew Tower | Denlinger, Rosenthal & Greenberg |
| 441 Vine Street | A Legal Professional Association |
| Cincinnati, Ohio 45202 | 425 Walnut Street, Suite 2310 |
| (513) 241-8844/FAX (513) 241-6090 | Cincinnati, OH 45202 |
| Attorney for Plaintiff | (513) 621-3440/FAX: (513) 621-4449 |
| | Attorney for Defendant |