## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Office and Professional Employees
Local 98, AFL-CIO, CLC,
    Plaintiff

v.                                    Case No.   1:00-cv-879

The Kroger Company,
    Defendant

## ORDER

   On October 1, 2003, the parties filed a Joint Status Report indicating that one issue remains before the Arbitrator for decision.

   Therefore, the parties are ORDERED to file a Joint Status Report indicating the status of the one claim remaining before the Arbitrator no later than December 20, 2004, and every three months thereafter.

September 21, 2004                             s/Sandra S. Beckwith
Date                                               Sandra S. Beckwith, Chief Judge
                                                   United States District Court