IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
FOR THE WESTERN DIVISION

| | | |
|---|---|---|
| OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AMALGAMATED LOCAL 98, AFL-CIO, CLC | : : : | CASE NO. C-1-00-879 |
| Plaintiff, | : | Judge Beckwith |
| | : | Magistrate Judge Black |
| v. | : | |
| | : | **JOINT NOTICE OF VOLUNTARY** |
| THE KROGER CO. | : | **DISMISSAL** |
| Defendant. | | |

Pursuant to Fed. R. Civ. P. 4(a)(1), the parties stipulate that this action shall be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| s/ Kenneth J. Koenig (via telecopy authorization) | s/ Gary L. Greenberg |
| Kenneth J. Koenig (0003414) | Gary L. Greenberg (002310) |
| 4400 Carew Tower | Denlinger, Rosenthal & Greenberg |
| 441 Vine Street | A Legal Professional Association |
| Cincinnati, Ohio 45202 | 425 Walnut Street, Suite 2300 |
| (513) 241-8844/FAX (513) 241-6090 | Cincinnati, OH 45202 |
| Attorney for Plaintiff | (513) 621-3440/FAX: (513) 621-4449 |
| | Attorney for Defendant |

*112966*